# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-01-00427-CV

**Scott Lee Parker, Appellant**

**v.**

**Jessica Dawn Parker, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 185,361-A, HONORABLE JOE CARROLL, JUDGE PRESIDING

Appellant Scott Lee Parker's Appellant's Brief was due to be filed in this Court on August 27, 2001, but was not. On September 25, 2001, appellant was advised in writing that his brief was overdue and that his appeal would be dismissed if he did not file his brief with this Court on or before October 5, 2001. *See* Tex. R. App. P. 38.8(a)(2). Appellant has not filed a brief or otherwise responded to this Court's notices.

Accordingly, this appeal is hereby dismissed for want of prosecution pursuant to Texas Rules of Appellate Procedure 38.8(a)(1), 42.3(b) and (c).

David Puryear, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:  December 6, 2001

Do Not Publish